IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALAN WYATT,

       **Plaintiff,**

v.                                     CASE NO. 5:12-cv-224-RS-EMT

**FLORIDA DEPARTMENT OF CORRECTIONS,**

       **Defendant.**
_____/

# ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 33). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to keep the court informed of his current address.

3. The Clerk is directed to close the case.

**ORDERED** on December 30, 2013.

                          /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**